DLD-165                                                                 April 30, 2009
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. **08-4305**

JOHN E. DU PONT, Appellant

v.

PAUL STOWITZKY, SUPERINTENDENT OF SRCF MERCER; THE DISTRICT ATTORNEY OF THE COUNTY OF DELAWARE, PENNSYLVANIA; THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA

(E.D. Pa. Civ. No. 06-cv-0147)

Present:     BARRY, AMBRO and SMITH, Circuit Judges

Submitted are:

(1) Appellant's application for a certificate of appealability under 28 U.S.C. § 2253(c)(1);

(2) Appellees' opposition; and

(3) Appellant's reply

in the above-captioned case.

Respectfully,

Clerk

MMW/SB/dwb

**O R D E R**

Appellant's application for a certificate of appealability is granted as to the following issue only: Did trial counsel render ineffective assistance by failing to properly investigate du Pont's use of a prescription drug, as rebuttal to the Commonwealth's argument that cocaine use caused du Pont's mental condition? A certificate of appealability is denied as to the other claims asserted by appellant because he has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: June 17, 2009

08-4305
John DuPont v. Paul Stowitzky, et al
Page 2


DWB/cc:
      Burt M. Rubin, Esq.
      David Rudovsky, Esq.
      Diana L. Spagnuolo, Esq.
      William R. Toal, III, Esq.